THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. CR 21-0058-RSM |
| v. | ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL |
| EUGENE MCGEE, | |
| Defendant. | |

THIS MATTER having come on upon the motion of the Defendant to allow a substitution of counsel, and the parties having agreed that the relief requested is appropriate as evidenced by the signatures of the respective counsel and the Court being fully advised, NOW THEREFORE

IT IS ORDERED, ADJUDGED AND DECREED that Corey Endo shall be allowed to withdraw and Emily M. Gause be substituted as counsel for defendant Eugene McGee.

DONE IN OPEN COURT this 29th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
TO SUBSTITUTE COUNSEL - 2