The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EUGENE McGEE, aka Eugene McGee Jr., aka Jericho,<br>LARRY W. COLLINS, aka L-Candy,<br>JONATHAN F. HARRINGTON, and<br>RANDOLPH P. BROWN,<br><br>Defendants. | NO. CR21-058-RSM<br><br>**PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Protective Order Restraining Certain Forfeitable Property ("Motion"), of the following property:

1. $4,000.00 in United States currency, seized on or about November 17, 2020, at 2532 S. 286th Place #A, Federal Way, Washington 98003, from Randolph Brown ("Subject Property 1");

2. One .45 caliber Glock Pistol, bearing serial number VGC142, and any associated ammunition seized on or about April 7, 2021, at 212 24th Avenue, Seattle, Washington, a residence associated with Jonathan Harrington ("Subject Property 2");

Protective Order to Restrain Forfeitable Property - 1
*United States v. McGee, et al*, CR21-058-RSM

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. Three Glock magazines, seized on or about April 7, 2021, at 212 24th Avenue, Seattle, Washington, a residence associated with Jonathan Harrington ("Subject Property 3");

4. One Savage Arms 311A, .410 caliber Shotgun, with an unknown serial number, and any associated ammunition, seized on or about April 7, 2021, at 212 24th Avenue, Seattle, Washington, a residence associated with Jonathan Harrington ("Subject Property 4");

5. Any associated ammunition ("Subject Property 5");

6. One 2015 Chevrolet Corvette Convertible, VIN: 1G1YS3D62F5606756, seized on or about April 7, 2021, at 29112 9th Place S, Federal Way, Washington, a residence associated with Eugene McGee ("Subject Property 6");

7. $5,708.00 U.S. Currency seized from the residence at 29112 9th Pl S, Federal Way, Washington, seized on or about April 7, 2021, at 29112 9th Place S, Federal Way, Washington, a residence associated with Eugene McGee ("Subject Property 7");

8. $2,247.00 U.S. Currency seized from the person of Randolph Brown ("Subject Property 8");

9. $213,159.84 in funds, seized on or about April 22, 2021, at Seattle, Washington, from Bank of America account number ending in 9110 and in the name of EMC Enterprises LLC, Seattle, Washington ("Subject Property 9"); and

10. One Wesson Arms 357 Magnum CTG Revolver, bearing serial number S008044, and associated ammunition, seized on or about April 7, 2021, at 10409 56th Avenue S, Seattle, Washington, from Larry Collins ("Subject Property 10").

//
//

Protective Order to Restrain Forfeitable Property - 2
*United States v. McGee, et al,* CR21-058-RSM

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and supporting Declaration of Federal Bureau of Investigation ("FBI") Special Agent ("SA") Shawna McCann, hereby FINDS entry of a protective order restraining the above-identified property (hereafter, the "Subject Property") is appropriate because:

- The United States gave notice of its intent to pursue forfeiture in the Indictment and specifically identified Subject Property 1 for forfeiture (Dkt. No. 1);
- The United States also gave notice of its intent to pursue forfeiture in the Forfeiture Bill of Particulars and specifically identified Subject Properties 2-10 (Dkt. No. 75);
- Based on the facts set forth in SA McCann's Declaration, there is probable cause to believe the Subject Property is subject to forfeiture in this case; and
- To ensure the Subject Property remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Property pending the conclusion of this case is GRANTED; and

//

//

//

//

//

Protective Order to Restrain Forfeitable Property - 3
*United States v. McGee, et al,* CR21-058-RSM

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. The Subject Property shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this 21st day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

 s/Krista K. Bush
KRISTA K. BUSH
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-2242
E-mail: krista.bush@usdoj.gov

Protective Order to Restrain Forfeitable Property - 4
United States v. McGee, et al, CR21-058-RSM

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970