UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>EUGENE MCGEE,<br><br>                              Defendant. | No.  CR 21-0058-RSM<br><br>GRANTING DEFENDANT'S MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS |

THIS MATTER having come upon the Defendant to extend the time for filing pretrial motions by eight days, and the Government having no objection, now therefore

IT IS ORDERED that the pretrial motions is extended from January 9, 2023 to January 17, 2023.

SIGNED this 10th day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE