The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>EUGENE McGEE<br><br>Defendant. | NO. CR21-58 RSM<br><br>ORDER TO SEAL EXHIBIT |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibit 1 to the Government's Sentencing Memorandum,

It is hereby ORDERED that the Exhibit to the Government's Sentencing Memorandum shall remain sealed.

DATED this 1st day of March, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

Order to Seal - 1
*United States v. McGee* / CR21-58 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970